Law Office of Paul N. Cisternino, P.C.
*Attorneys for Plaintiff*
16 Briarbrook Road, Ossining, NY 10562
Phone (914) 330-1527  *paulcist@justice.com*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
DELMINA  STERLING,

|                          |                                          |
|--------------------------|------------------------------------------|
| **Plaintiff,**           | **VERIFIED COMPLAINT** |
|                          | **AND JURY TRIAL DEMAND** |
| -against-                |                                          |
|                          | INDEX NO. _____ |
|                          |                                          |
|                          | ASSIGNED JUDGE:_____ |

MONTEFIORE MEDICAL CENTER,

                    **Defendant.**
-------------------------------------------------------------x

Plaintiff Delmina Sterling, by and through her attorney, Paul N. Cisternino, as and for his Verified Complaint, alleges as follows:

## INTRODUCTION

1. This is an action against the Defendant for the violation of Plaintiff's federally guaranteed constitutional and civil rights and his rights as otherwise guaranteed under law.

2. Plaintiff seeks monetary compensation and other damages for the wrongful, illegal and unconstitutional acts of the Defendant which violated rights guaranteed to the Plaintiff under various federal and state laws, specifically Title VII of the Civil Rights Act of 1964 as amended by the Equal Employment Act of 1972, 42 U.S.C. §2000 *et seq.*,

Law Office of Paul N. Cisternino, P.C.
*Attorneys for Plaintiff*
16 Briarbrook Road, Ossining, NY 10562
Phone (914) 330-1527  *paulcist@justice.com*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

DELMINA  STERLING,

                       Plaintiff,

      -against-

MONTEFIORE MEDICAL CENTER,

                Defendant.
---------------------------------------------------------x

**VERIFIED COMPLAINT
AND JURY TRIAL DEMAND**

INDEX NO. _____

ASSIGNED JUDGE:_____

Plaintiff Delmina Sterling, by and through her attorney, Paul N. Cisternino, as and for his Verified Complaint, alleges as follows:

## INTRODUCTION

1. This is an action against the Defendant for the violation of Plaintiff's federally guaranteed constitutional and civil rights and his rights as otherwise guaranteed under law.

2. Plaintiff seeks monetary compensation and other damages for the wrongful, illegal and unconstitutional acts of the Defendant which violated rights guaranteed to the Plaintiff under various federal and state laws, specifically Title VII of the Civil Rights Act of 1964 as amended by the Equal Employment Act of 1972, 42 U.S.C. §2000 *et seq.*,

the Americans With Disabilities Act of 1990 and the New York State Human Rights Law, New York Executive Law §290 *et seq*.

3. Plaintiff alleges herein that she was denied the equal terms, conditions and privileges of employment, subjected to discrimination based on her race, national origin, and disability and also victimized by her unlawful termination.

## JURISDICTION AND VENUE

4. The jurisdiction of this Honorable Court is invoked pursuant to and under 28 U.S.C. §§ 1331, 1343 and 1367.

5. The unlawful acts alleged herein were committed in whole or in part in the Southern District of New York.

## ADMINISTRATIVE PROCEEDINGS

6. Plaintiff has satisfied all procedural requirements prior to commencing this action in that she timely filed charges of discrimination with the United States Equal Employment Opportunity Commission and her complaint was dual filed with the New York State Division of Human Rights. Plaintiff received a written Dismissal from the Commission and the instant complaint has been filed within ninety days of the receipt thereof.

## PARTIES

7. Plaintiff at all times relevant herein resided within the State of New York.

8. Upon information and belief the Defendant is an "employer" within the meaning of 42 U.S.C. §2000 *et seq* and New York Executive Law §290 *et seq.*

2

## ALLEGATIONS

9. Plaintiff hereby repeats and realleges each allegation contained in paragraphs "1" through "8" as if fully set forth herein.

10. The Plaintiff is a 47 year-old African American female of Jamaican national origin who had been employed by the Defendant for approximately four years, working for the bulk of her tenure as a Nursing Attendant.

11. During her period of working for the Defendant the Plaintiff has always acted in a competent and professional manner, without time, attendance, disciplinary nor negative performance issues of any kind, except as to those matters under dispute herein.

12. Upon information and belief, the Plaintiff was subjected to discrimination based on her race, national origin and/or because she was disabled.

13. In July 2014 the Plaintiff was in a serious auto accident which prevented her returning to work until the end of 2015.

14. When the Plaintiff returned and was physically unable to perform her Nursing Attendant duties, she consulted with Human Resources about getting an accommodation for her condition and was given "restrictive duty" as a secretary on the Surgery Floor, working under [Hispanic, female] Nursing Manager Melba Garcia (hereinafter "Garcia").

15. From the start, Garcia seemed to have a problem with the Plaintiff's working in her department saying in a negative tone that the environment was "fast paced," that the Plaintiff was somehow "not fit" for the department, and that the Plaintiff should find another position; Garcia also seemed to have an issue when the Plaintiff expressed legitimate, reasonable complaints, derogatorily labeling the Plaintiff as "outspoken."

16. After only having worked in the new position for approximately 6 weeks, the

Plaintiff was sent home without explanation in late January 2016 and was never given any indication as to when she might return.

17. Despite repeated requests by the Plaintiff and her attorney, the Defendant never provided either a verbal or written explanation as to the Plaintiff's work status; this continues to the current day, as an inquiry was made on or about September 7, 2016, and again on September 9 by the Plaintiff's attorney to the Defendant's Labor Relations Department, without response, leaving the Plaintiff in limbo regarding her employment.

18. To the Plaintiff's knowledge, if the Defendant has a written anti-discrimination policy, they do not properly post it, distribute it or enforce it.

19. At the time of her termination, the Plaintiff was making approximate $44,000 per year; since being terminated, she has been unable to obtain replacement employment, despite her good faith efforts to do so

## AS AND FOR A FIRST CAUSE OF ACTION BASED ON RACE AND/OR NATIONAL ORIGIN UNDER TITLE VII OF THE 1964 CIVIL RIGHTS ACT

20. The Plaintiff repeats and realleges each and every allegation contained in paragraphs "1" through "19" as though fully set forth herein.

21. By engaging in the foregoing conduct, the Defendant has violated Plaintiff's rights under Title VII, having acted intentionally, with malice, or with reckless disregard for Plaintiff's rights, proximately causing Plaintiff mental anguish, conscious pain and suffering, emotional distress, and the loss of income and other related benefits, thereby entitling Plaintiff to an award of compensatory and punitive damages and an award of reasonable attorney's fees.

**AS AND FOR A SECOND CAUSE OF ACTION BASED ON RACE AND/OR NATIONAL ORIGIN UNDER NEW YORK EXECUTIVE LAW §290**

22. The Plaintiff repeats and realleges each and every allegation contained in paragraphs "1" through "21" as though fully set forth herein.

23. By engaging in the foregoing conduct, Defendant has violated Plaintiff's rights under the State Human Rights Law, having acted intentionally, with malice, or with reckless disregard for Plaintiff's rights, proximately causing Plaintiff mental anguish, conscious pain and suffering, emotional distress, and the loss of income and other related benefits, thereby entitling Plaintiff to an award of compensatory damages.

**AS AND FOR A THIRD CAUSE OF ACTION BASED ON DISABILITY UNDER THE AMERICANS WITH DISABILITIES ACT OF 1990**

24. The Plaintiff repeats and realleges each and every allegation contained in paragraphs "1" through "23" as though fully set forth herein.

25. By engaging in the foregoing conduct, the Defendant has violated Plaintiff's rights under the ADA, having acted intentionally, with malice, or with reckless disregard for Plaintiff's rights, proximately causing Plaintiff mental anguish, conscious pain and suffering, emotional distress, and the loss of income and other related benefits, thereby entitling Plaintiff to an award of compensatory and punitive damages and an award of reasonable attorney's fees.

**AS AND FOR A FOURTH CAUSE OF ACTION BASED ON DISABILITY UNDER NEW YORK EXECUTIVE LAW §290**

26. The Plaintiff repeats and realleges each and every allegation contained in paragraphs "1" through "26" as though fully set forth herein.

27. By engaging in the foregoing conduct, Defendant has violated Plaintiff's rights under the State Human Rights Law, having acted intentionally, with malice, or with reckless disregard for Plaintiff's rights, proximately causing Plaintiff mental anguish, conscious pain and suffering, emotional distress, and the loss of income and other related benefits, thereby entitling Plaintiff to an award of compensatory damages.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff Delmina Sterling respectfully requests that this Court assume jurisdiction herein and thereafter:

1. Award Plaintiff appropriate compensatory and punitive damages in an amount to be defined and determined;

2. Award reasonable attorney's fees and the costs of this action;

3. Award such other and further relief as this Court deems just and proper.

## JURY DEMAND

Plaintiff demands a jury trial for all claims stated herein.

Dated:  Ossining, New York
        September 25, 2017

Respectfully submitted,

Law Office of Paul N. Cisternino, P.C.
*Attorneys for Plaintiff*

_____
Paul N. Cisternino (PC-0317)

6

VERIFICATION

STATE OF NEW YORK              )
                              )  SS:
COUNTY OF WESTCHESTER          )

Delmina Sterling, being duly sworn, deposes and says:

I am the Plaintiff herein. I have read the foregoing and know the contents thereof;

the same is true of my own knowledge except as to the matters stated on information and

belief; as to those matters, I believe the same to be true.

DELMINA STERLING

Subscribed and sworn to before me this
_19_ th day of September 2017.

Notary Public

FITZROY MELVIN
Notary Public, State of New York
No. 01ME6073655
Qualified in Westchester County
Commission Expires May 30, 2018

9/19/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK          INDEX NO. _____

DELMINA  STERLING, Plaintiff

-against-

MONTEFIORE MEDICAL CENTER, Defendant

VERIFIED COMPLAINT AND

JURY TRIAL DEMAND

Law Office of Paul N. Cisternino, P.C.
16  Briarbrook Road
Ossining, New York 10562
Tel: (914) 330-1527
*paulcist@justice.com*

- Litigation Back -

7